IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DHL WORLDWIDE EXPRESS; DHL PENSION PLAN; DHL WORLDWIDE EXPRESS LS&RP,<br><br>     Plaintiffs,<br><br>     v.<br><br>JOSE JUAN IRIZARRY GARCIA; HOSE JUAN IRIZARRY; JOSE I. IRIZARRY; IVANA C. IRIZARRY; JOSEPH R. IRIZARRT RODRIGUEZ; DEFENDANTS A,B AND C,<br><br>     Defendants. | CIVIL NO. 04-1311 (JAG/MEL)<br><br><br><br>RE: ERISA; CONSIGNMENT OF PENSION AND LIFE INSURANCE FUNDS; INTERPLEADER |

**ORDER**

Upon review of the Settlement Stipulation filed by the parties on March 6, 2007 (Docket No. 9) and pursuant to the Referral Order issued by the Court on March 7, 2007 (Docket No. 11), the parties are hereby ordered to appear before this Court on May 31, 2007, at 9:15 a.m., for a hearing on the proposed Settlement Stipulation. The parties shall be able and ready to discuss the following issues, among others, regarding said stipulation:

1)   Whether the life insurance proceeds will be distributed equally among the minors José Juan Irizarry-García and Ivana C. Irizarry-García;

2)   Whether the life insurance proceeds will be deposited in interest bearing savings accounts or in some other form of investments;

3)   Whether a financial institution or investment company has been selected where the life insurance proceeds will be deposited or invested;

4)   The guarantees and/or risks present within the type of account or security in which

       the life insurance proceeds will be deposited or invested; and

5)      Whether such accounts, securities or instruments prevent full or partial withdrawal of the life insurance proceeds prior to minors José Juan Irizarry-García's and Ivana C. Irizarry-García's legal age, except for extraordinary circumstances.

It is further ordered that the Commonwealth of Puerto Rico's Solicitor General for Minors/Family appear at the hearing to inform the Court of any objection or recommendation regarding the Settlement Stipulation.

The Clerk of the Court is hereby ordered to notify this Order and the Settlement Stipulation (Docket No. 9) via fax and regular mail to the Commonwealth of Puerto Rico's Solicitor General for Minors/Family.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22nd day of May, 2007.

                                                s/MARCOS E. LÓPEZ
                                                **UNITED STATES MAGISTRATE JUDGE**